

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00391-CV

**IN RE** Stacey **SCOTT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

   On June 30, 2015, relator Stacey Scott filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

   It is so **ORDERED** on July 2, 2015.

_____
Karen Angelini, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CV-0227, styled *Patrick Denn, Attorney in Fact for Juanita Denn v. Stacey Jo Scott and All Occupants*, pending in the County Court at Law No. 1, Guadalupe County, Texas, the Honorable Robin V. Dwyer presiding.